**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 173.73.233.118, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 1:18-cv-00537-DLF |

**STATUS REPORT**

This is a copyright infringement case filed against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP"). On July 16, 2018, this Court granted Plaintiff leave to Serve a Third Party Subpoena on the Defendant's ISP [CM/ECF 5]. Plaintiff served the subpoena on the ISP on or about July 24, 2018 in accordance with the Court's Order and expects to receive the ISP's response on or about September 7, 2018.

Dated: August 30, 2018

Respectfully submitted,

By: /s/ *Jessica Haire*
Jessica Haire, Esq.
jhaire@foxrothschild.com
Bar No. 1011695
Fox Rothschild LLP
1030 15th Street, NW
Suite 380 East
Washington, DC 20005
Tel.: (202) 461-3100
Fax: (202) 461-3102
www.foxrothschild.com

1