UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
|     Plaintiff, | ) Civil Case No. 1:18-cv-00537-DLF |
| | ) |
| v. | ) Judge Dabney L. Friedrich |
| | ) |
| JOHN DOE subscriber assigned IP address 173.73.233.118, | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S VOLUNTARY DISMISSAL**
**<u>WITH PREJUDICE OF JOHN DOE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 173.73.233.118, are voluntarily dismissed with prejudice.

Dated: October 24, 2018

                                                  Respectfully submitted,

                                                By: /s/ *Jessica Haire*
                                                Jessica Haire, Esq. (Bar No. 1011695)
                                                jhaire@foxrothschild.com
                                                Fox Rothschild LLP
                                                1030 15th Street, NW
                                                Suite 380 East
                                                Washington, DC 20005
                                                Tel.: (202) 461-3100
                                                Fax: (202) 461-3102
                                                www.foxrothschild.com